Name: JON NICOLINI / OKULARITY, LLC
Address: 433 N CAMDEN DR, 6th, BEVERLY HILLS, CA 90210
Phone: 323-745-8444
Fax:

In Pro Per

FILED
2017 MAY -8 PM 3:31
US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

PAID
MAY -8 2017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

XPOSURE PHOTOS (UK) LTD.

Plaintiff
v.

Defendant(s).

CASE NUMBER: MC 17-69

REQUEST FOR DMCA SUBPOENA

(Enter document title in the space provided above)

*Page Number* 1

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



WWW.OKULARITY.COM

**Okularity**  
433 N Camden Dr., 6th Floor  
Beverly Hills, CA 90210

**Tel** (323) 745-8444  
**TF** (844) 900-0078  
copyright@okularity.com

May 8, 2017

**VIA HAND-DELIVERY**
Clerk's Office
U.S. District Court for the Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA 90012

**Re: Application for DMCA Subpoena**

Dear Sir or Madam:

We represent Xposure Photos (UK) Ltd. T/A Backgrid (hereinafter "Xposure"). Please see attached letter of authorization confirming our relationship with them.

17 U.S.C. § 512(h)(1) of the Digital Millennium Copyright Act provides that:

> [A] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection.

For a subpoena to be issued, Section 512 (h) requires that a copyright owner file the following:

1.) A copy of the notification required by Section 512(c)(3)(A);

2.) A proposed subpoena; and

3.) A sworn declaration to the effect that the purpose for which the subpoena is to obtain the identity of an alleged infringer (or infringers) and that such information will only be used for enforcing and/or protecting rights under this title.

Thus, please find attached Xposure's notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. In light of Xposure's compliance with the requirements of the statute, we ask that the Clerk please expeditiously issue and sign the proposed subpoena pursuant to Section 512(h)(4) and return it to Xposure via Okularity for service on the subpoena recipient.

Xposure is committed to investigating licensing infractions and copyright infringements to protect the interests of the photographers it represents. It vigorously enforces its intellectual

2



Tel (323) 745-8444 | TF (844) 900-0078 | copyright@okularity.com

WWW.OKULARITY.COM

property rights to safeguard the livelihood of artists whose work it owns and/or licenses.  As such, Xposure thanks you for your cooperation and prompt response.

If you have any questions, please reach us as noted above.

Thank you,

*Jon Nicolini*

Jon Nicolini



December 1, 2016


To whom it may concern:


I am writing to inform you that Xposure Photos (UK) Ltd has retained Okularity, LLC as its rights management company for all of Xposure's copyrights for visual works that Xposure has obtained through assignment (the "Assigned Works").


Okularity therefore has Xposure's authorization to act as its agent in identifying infringers of the Assigned Works, contacting such infringers, and conveying Xposure's demand for a license fee or settlement payment for any such infringement. Okularity also has the authority to act as an intermediary to convey any offers and counteroffers between Xposure and any identified infringer.


If you have any questions concerning this representation, please do not hesitate to contact me. However, please direct all communications concerning any allegations of infringement to Okularity.


Sincerely,

D. Tylor

Daniel Taylor
CEO
Xposure Photos UK Ltd

Xposure Photos UK Ltd, Kingmaker House 15 Station Road, New Barnet, EN5 1NZ Tel: 0208 344 2007 Email: pictures@xposurephotos.com Web: www.xposurephotos.com
Xposure Photos UK Ltd Registered Office, 101 Wanstead Park Road Ilford,Essex IG1 3TH. Registered in England and Wales No 09589544 VAT Reg No. GB 221 0067 71



# OKULARITY
WWW.OKULARITY.COM

**Okularity**  
433 N Camden Dr., 6th Floor  
Beverly Hills, CA 90210

**Tel** (323) 745-8444  
**TF** (844) 900-0078  
copyright@okularity.com

May 8, 2017

**VIA CERTIFIED MAIL**
Twitter, Inc.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103

**Re: Unauthorized Use of Photos Owned by Xposure Photos (UK) Ltd.**

We represent Xposure Photos (UK) Ltd., one of the world's largest celebrity photograph licensing companies. Our records show that you do not hold a valid license for use of the photographs owned by Xposure, which were displayed as follows:

https://twitter.com/TheCelebPhotos1/status/860400615331172354

You are hereby notified that the unauthorized use of photographs identified above is a violation of the U.S. Copyright Act, 17 U.S.C. § 106. Xposure seeks the photographs be removed immediately and the account in question be reprimanded. Please see the attached spec sheet showing all relevant metadata relating to the currently unpublished photographs in question.

Xposure is committed to investigating licensing infractions and copyright infringements to protect the interests of the photographers it represents. It vigorously enforces its intellectual property rights to safeguard the livelihood of artists whose work it owns and/or licenses. As such, Xposure expects that your cooperation regarding this matter be expeditious.

Nothing contained or omitted from this letter shall be deemed to be an admission, waiver, or limitation of any kind. Xposure expressly reserves all of its rights and remedies with respect to this matter. Further, the information in this letter is accurate. We have a good faith belief that use of the material in the manner complained of herein is not authorized by the registered copyright owner, its agent, or by operation of law. We swear under penalty of perjury that we are authorized to act on behalf of Xposure.

Thank you very much for your cooperation and promptness,

*[signature]*

Jon Nicolini

**Subject:** BGUK_Roxanne_Pallet_bikini-JAHA_ULPR-232059-1-21-EXC
**From:** Daniel Taylor <daniel@backgrid.com>
**Date:** 5/8/2017 11:29 AM
**To:** Jon Nicolini <jon@okularity.com>

4 May 2017 - Portugal - Spain

*EXCLUSIVE* WEB MUST CALL FOR PRICING

Roxanne Pallett is spotted for the first time since leaving her starring role in The Wedding Singer musical. Seen here solitary with nothing but her Amanda Prowse book and her thoughts by a poolside in Portgual. Roxanne was wearing a pink bikini under her denim shorts.

BYLINE MUST READ : JAIMIE HARRIS / BACKGRID

USA:
Office  1 310 798 9111
usasales@backgrid.com

UK:
Office  44 208 344 2007
uksales@backgrid.com

AUSTRALIA:
Office  61 2 9212 2622
australiasales@backgrid.com

GERMANY:
Office  49 4541 8565014
germanysales@backgrid.com

*UK Clients - Pictures Containing Children Please Pixelate Face Prior To Publication*









10