AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California ☑

In re DMCA Subpoena to Twitter, Inc.

|                                          |   |
|------------------------------------------|---|
| _____ )        |   |
| *Plaintiff* )                            |   |
| v. )                                     | Civil Action No. MC 17 - 69 |
| _____ )        |   |
| )                                        |   |
| *Defendant* )                            |   |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Twitter, Inc., Copyright Agent, 1355 Market St., Suite 900, San Francisco, CA 94103

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:All identifying information for the twitter account TheCelebPhotos1, from any and all sources, including but not limited to records that prove the name(s), address(es), email address(es), telephone number(s), internet protocol (IP) addresses from activity and logins, and any other electronic or physical documents identifying the names, addresses, or contact information of its operator(s).

| Place: Okularity, LLC<br>433 N Camden Dr., 6th Floor<br>Beverly Hills, CA 90210 | Date and Time:<br><br>05/22/2017 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~05/2017~~ 5-8-17

*CLERK OF COURT*                                      OR

_____                      _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the ~~attorney~~ company representing *(name of party)* Xposure Photos (UK) Ltd
, who issues or requests this subpoena, are:

Okularity, LLC, 433 N Camden Dr., 6th Floor, Beverly Hills, CA 90210 - jon@okularity.com - 323-745-8444

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*                    .

❏ I served the subpoena by delivering a copy to the named person as follows:

on *(date)*                    ; or

❏ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                    .

My fees are $                    for travel and $                    for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: